UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 09-23806-CIV-LENARD/TURNOFF

WILLIAM H. SIMMONS,

      Plaintiff,

vs.

AMERICA'S SERVICING COMPANY, etc.,
et al,
      Defendants.
_____/

## ORDER OF RECUSAL

The undersigned district judge, to whom the above-styled cause has been assigned, hereby recuses herself and refers this cause to the Clerk of Court for reassignment pursuant to 28 U.S.C. § 455 and S.D.Fla.L.R. 3.6.

**DONE AND ORDERED** in Chambers at Miami, Florida this 4th day of January, 2009.

                        JOAN A. LENARD
                        UNITED STATES DISTRICT JUDGE

In accordance with the Local Rules for the Southern District of Florida, providing for the random and equal allotment of cases, this cause will be reassigned to the calendar of **United States District Judge** _William M. Hoeveler_

Copies of this order shall be served on all pending parties of record by the United States Mail. All documents for filing in this case shall carry the following case number and designation: _09-23806-CV-Hoeveler/Turnoff_.

By order of Court this _5_ day of January, 2010.

                        STEVEN A. LARIMORE
                        Clerk of Court

                        by: Deputy Clerk

cc:    Lucy Lara, Case Assignment Clerk
        Magistrate William C. Turnoff