IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 09-23806-CIV-HOEVELER/TURNOFF

WILLIAM H. SIMMONS,

      Plaintiff,

v.

AMERICA'S SERVICING COMPANY
a division of WELLS FARGO HOME
MORTGAGE, INC., a Delaware corporation,
and BANK OF AMERICA CORPORATION,
a Delaware corporation, NORTH COUNTY
REAL ESTATE d/b/a HMC FUNDING, a
California corporation,

      Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF ALL OUTSTANDING CLAIMS OF THE COMPLAINT AGAINST AMERICA'S SERVICING COMPANY, WELLS FARGO HOME MORTGAGE, INC., BANK OF AMERICA CORPORATION, NORTH COUNTY REAL ESTATE d/b/a HMC FUNDING

      The Plaintiff, WILLIAM SIMMONS, by and through his undersigned counsel, hereby give notice of their voluntary dismissal without prejudice of all outstanding claims of the Complaint filed against the Defendant, AMERICA'S SERVICING COMPANY a division of WELLS FARGO HOME MORTGAGE, INC, and BANK OF AMERICA CORPORATION, NORTH COUNTY REAL ESTATE d/b/a HMC FUNDING, to Rule 41(a) of the Federal Rules of Civil Procedure.

CASE NO.: 09-23806-CIV- HOEVELER /TURNOFF

## CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/ Joshua Bleil_____
Joshua Bleil (Florida Bar No.: 11759)
jbleil@legalbrains.com
**THE TICKTIN LAW GROUP, P.A.**
600 West Hillsboro Boulevard
Suite 220
Deerfield Beach, Florida 33441-1610
Telephone: (954) 570-6757
Facsimile: (954) 570-6760
Attorneys for Plaintiffs

CASE NO.: 09-23806-CIV- HOEVELER /TURNOFF

# SERVICE LIST
### Simmons v. America's Servicing Company, et al.
### Case No.: 09-23806-CIV-LENARD/TURNOFF
### United States District Court/Southern District of Florida

| | |
|---|---|
| **Celia Falzone, Esquire** <br> celia.falzone@akerman.com <br> **William Patrick Heller, Esquire** <br> william.heller@akerman.com <br> Akerman Senterfitt <br> 350 East Las Olas Boulevard <br> Suite 1600 <br> Fort Lauderdale, Florida 33301 <br> Attorneys for Defendant BOAC <br> Served via CM/ECF | **Michael K. Winston, Esquire** <br> Carlton Fields, P.A. <br> 525 Okeechobee Blvd <br> Suite 1200 <br> West Palm Beach, Florida 33401 <br> mwinston@carltonfields.com <br> Counsel for Defendants <br> WELLS FARGO and ASC <br> Served via CM/ECF |

S:\Company\documents\1-CLIENTS NATIONAL - Florida\Simmons, William (Plaintiff) 09-2909\1-Case Style hw.doc